William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 533*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 533 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06929-CRB | |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that apart from the named parties to this action, they do not believe that there are other persons, associations of persons, firms, partnerships, corporations, or other entities that have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest that could be substantially affected by the outcome of the proceeding.

Plaintiff will advise this Court in the event it learns of any additional interested entities or persons that must be identified pursuant to Civil Local Rule 3-15.

Case No. 3:24-cv-06929-CRB        PLAINTIFF JANE DOE LS 533'S CERTIFICATE OF INTERESTED PARTIES
1

| | |
|---|---|
| Dated: October 3, 2024 | Respectfully Submitted,<br><br>**LEVIN SIMES LLP**<br><br> /s/ *William A. Levin*<br>―――――――――――――――<br>William A. Levin<br>Laurel L. Simes<br>David M. Grimes<br>Samira J. Bokaie<br>*Attorneys for Plaintiff* |